NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 23 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH D. ADDISON III, | No. 17-55732 |
| Plaintiff-Appellant, | D.C. No. 5:15-cv-01259-JVS-AJW |
| v. | |
| CALIFORNIA INSTITUTION FOR MEN; et al., | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
James V. Selna, District Judge, Presiding

Submitted April 11, 2018**

Before:    SILVERMAN, PAEZ, and OWENS, Circuit Judges.

Joseph D. Addison III, a California state prisoner, appeals pro se from the

district court's order denying his post-judgment motion for reconsideration in his

42 U.S.C. § 1983 action alleging federal and state law claims.  We have

jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion.  *Sch.*

---

*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993). We affirm.

The district court did not abuse its discretion by denying Addison's motion for reconsideration because Addison failed to establish any basis for such relief. *See id.* at 1263 (setting forth grounds for reconsideration under Fed. R. Civ. P. 60(b)).

**AFFIRMED.**

17-55732